█ In the Matter of JAMES DAVIS, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. (Appeal No. 2.) [619 NYS2d 1024] —Order unanimously affirmed. Same Memorandum as in *Matter of Davis v Herbert* (209 AD2d 1046 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Disclosure.) Present—Balio, J. P., Lawton, Fallon, Wesley and Doerr, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES A. THOMAS, Appellant. [619 NYS2d 1007] —Judgment unanimously affirmed. Memorandum: Defendant was sentenced to an indeterminate term of imprisonment of 1 to 4 years following his conviction for falsifying business records in the first degree, a class E felony (Penal Law § 175.10). Because the minimum term of that sentence was not less than one year and not more than one third of the maximum term imposed *(see,* Penal Law § 70.00 [3]), the sentence was lawful. Thus, we reject defendant's contention that the sentence should be modified to a term of 1 to 3 years. (Appeal from Judgment of Cayuga County Court, Corning, J.—Violation of Probation.) Present—Balio, J. P., Lawton, Fallon, Wesley and Doerr, JJ.

█ SIBLEY MORTGAGE CORPORATION, Formerly Known as SIBLEY CORPORATION, Respondent, v DONNA LANAUX et al., Appellants. (Appeal No. 2.) [619 NYS2d 1024] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Balio, J. P., Lawton, Fallon and Doerr, JJ.